IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUENTRELL WILLIAMS,

                Plaintiff,                ORDER

v.

                                    18-cv-1008-wmc

CHAD LENTZ,

                Defendant.

Consistent with the terms of the settlement agreement set forth on the record during today's videoconference, plaintiff Quentrell Williams' Eighth Amendment deliberate indifference claim against defendant Chad Lentz is dismissed with prejudice. The court will retain jurisdiction of that claim, only to enforce the terms of that settlement agreement. The clerk of court is directed to enter final judgment, according to the terms of this order and those set forth in the court's May 19, 2021, opinion and order, and close this case.

SO ORDERED.

Entered this 14th day of June, 2021.

BY THE COURT:

\_\_\_/s/_____
WILLIAM M. CONLEY
District Judge