IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUENTRELL EUGENE WILLIAMS,

    Plaintiff,

  v.

    Case No. 18-cv-1008-wmc

DANE ESSER, TIM HAINES, SARAH BLUME,
ANGELA MCLEAN, BETH EDGE and CHAD
LENTZ,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Quentrell Eugene Williams' Eighth Amendment deliberate indifference claim against Chad Lentz and all claims against defendants Dane Esser, Tim Haines, Sarah Blume, Beth Edge and Angela McLean and dismissing this case.

| /s/ | 6/14/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |