UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WISCONSIN

Quentrell E. Williams,
　　　　Plaintiff,
　v.

Dane Esser, Et al.,

Case No. 18-CV-1008-WMC

## Notice of Appeal

Notice is given that I the Plaintiff Quentrell E. Williams, appeal the United States Court of appeals for the Seventh Circuit from the final Judgment entered in this action on June 14, 2021.

Signed on this 17th day of June, 2021, in Juneau, WI.

*Quentrell E. Williams*
Quentrell E. Williams
Dodge County Detention Facility
216 W. Center St.
Juneau, WI, 53039